IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GINO ROMANO,

    Plaintiff,

v.                                      CASE NO. 1:12-cv-132-MP-GRJ

KIMBERLY KARDASHIAN, et al.,

    Respondent.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 1, a pleading styled as a motion for injunctive relief against various celebrities, and Doc. 2, a motion for leave to proceed as a pauper.  The claims are patently frivolous.  A review of the Court's PACER case locator reflects that Plaintiff has filed numerous similar cases in other federal courts.  In at least one such case, Plaintiff has identified himself as an associate of Jonathan Lee Riches.  *See Romano v. Kardashian*, Case No. 3:12-mc-43 (M.D. Tenn.).  Nothing further need be said about Riches' filing history, except to note that this Court has ordered that filings received from Riches be referred to the Magistrate Judge before filing. *Riches v. Nordegren*, Case No. 1:10-cv-19-MP-AK, Doc. 4 (3/16/10).  Pleadings filed pseudonymously by Riches, or on behalf of Riches, should be subject to the same restriction.  Based on a review of Plaintiff's other cases, the Court is satisfied that this case is filed pseudonymously by Jonathan Lee Riches or on his behalf.  The filing of this case warrants imposition of a monetary sanction.

It is respectfully **RECOMMENDED** that this case be dismissed as frivolous, that filings received from Plaintiff be referred to the undersigned for screening before filing,

and that a monetary sanction be imposed against Plaintiff.

     **IN CHAMBERS** this 19th day of June 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

     **Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**