IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GINO ROMANO,

    Plaintiff,

v.                                  CASE NO. 1:12cv132-SPM/GRJ

KIMBERLY KARDASHIAN, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated June 19, 2012 (doc. 4). Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

2.    This case is dismissed as frivolous.

3. All further papers received from "Gino Romano" shall be referred to the Magistrate Judge for review before filing, in accordance with the order issued in <u>Riches v. Nordegren</u>, 1:10cv19, doc. 4.

4. The clerk shall close this case. The Court retains jurisdiction to conduct further proceedings for the imposition of sanctions upon Plaintiff as may be recommended by the magistrate judge.

DONE AND ORDERED this 19th day of July, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge